**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Devronn Demonn RIDDICK, Defendant–Appellant.**

**No. 14–6957.**

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 5, 2014.

Decided: Nov. 13, 2014.

Devronn Demonn Riddick, Appellant Pro Se. Darryl James Mitchell, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Before KEENAN and WYNN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Devronn Demonn Riddick appeals the district court's order denying his Fed. R.Civ.P. 60(b) motion filed in his criminal case. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Riddick,* No. 2:10–cr–00070–RBS–FBS–2 (E.D.Va. May 14, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the

materials before this court and argument would not aid the decisional process.

*AFFIRMED.*